**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ANTONIO A. CALLES,<br><br>         Plaintiff,<br><br>    v.<br><br>DR. JOHANNES HAAR,<br><br>         Defendant. | NO. ED CV 16-1382-R (AS)<br><br>**JUDGMENT** |

Pursuant to the Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED: December 21, 2017

                                          MANUEL L. REAL
                          UNITED STATES DISTRICT JUDGE